Jeremy S. Golden (SBN 228007)
Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIR POPAL, | Case No.: 2:24-CV-00659-KJM-JDP |
| Plaintiff, | **ORDER** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The *Ex Parte* Application to continue the Status (Pretrial Scheduling) Conference came on for hearing in the above-entitled court. Based upon the application, declaration, and good cause, IT IS HEREBY ORDERED that the Initial Scheduling Conference in this matter is continued to August 8, 2024, at 2:30 p.m. before the undersigned.

This resolves ECF No. 5.

DATED: June 27, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER